Court of Appeals for further remand to Superior Court, Duplin County for reinstatement of the trial court's judgment.

REVERSED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice NEWBY did not participate in the consideration or decision of this case.

═══════════

JACQUELYNE JONES v. LAKE HICKORY R.V. RESORT, INCORPORATED

No. 113A04

(Filed 17 December 2004)

**Agency— lessee association as agent of owner—sufficiency of evidence**

The decision of the Court of Appeals that the trial court erred by submitting an issue of agency to the jury and instructing the jury that it could find a resort owner liable for injuries suffered in a parade conducted by a lessee association based on notice to the association is reversed for the reason stated in the dissenting opinion that there was sufficient evidence to support a jury finding that an agency relationship existed because the resort owner had a right to control the details of the association's activities.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 162 N.C. App. 618, 592 S.E.2d 284 (2004), remanding for a new trial a judgment entered 16 April 2002 and an order entered 3 June 2002 by Judge W. Robert Bell in Superior Court, Catawba County. Heard in the Supreme Court 6 December 2004.

*Knott, Clark & Berger, L.L.P., by Michael W. Clark, Bruce W. Berger, and Joe Thomas Knott, III, for plaintiff-appellant.*

*Golding Holden & Pope, LLP, by John G. Golding, for defendant-appellee.*

PER CURIAM.

For the reasons stated in the dissenting opinion, we reverse the decision of the Court of Appeals.

REVERSED.

Justice NEWBY did not participate in the consideration or decision of this case.

------

JAMES EDWARD IMES v. CITY OF ASHEVILLE, CCL MANAGEMENT, INC., AND
ASHEVILLE CITY COACH LINES, INC.

No. 250A04

(Filed 17 December 2004)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 163 N.C. App. 668, 594 S.E.2d 397 (2004), affirming an order entered by Judge Dennis J. Winner on 30 October 2002 in Superior Court, Buncombe County, dismissing plaintiff's complaint for failure to state a claim upon which relief can be granted. Heard in the Supreme Court 7 December 2004.

*The Sutton Firm, P.A., by April Burt Sutton and Emily Sutton Dezio, for plaintiff-appellant.*

*Curtis W. Euler for defendant-appellee City of Asheville.*

*Fred T. Hamlet for defendant-appellees CCL Management, Inc. and Asheville City Coach Lines, Inc.*

*Legal Aid Society of Northwest North Carolina, by Andrea S. Kurtz; Morrison & Foerster LLP, by James M. Bergin, Beth S. Brinkmann, Seth M. Galanter, and Timothy C. Lambert; and Legal Momentum, by Deborah A. Widiss and Beth S. Posner, for Legal Momentum, Peace at Work, The N.C. Coalition Against Domestic Violence, The N.C. Occupational Safety and Health Project, The Domestic Violence Advocacy Center, Legal Aid of North Carolina, Inc., Professor Deborah M. Weissman, The Family Violence Prevention Center of Orange County, and 20 Other National, Local, and Regional Organizations and Individuals Supporting Plaintiff Appellant and Urging Reversal,[1] amici curiae.*

------

1. The entities collectively referred to as "20 Other National, Local, and Regional Organizations and Individuals Supporting Plaintiff Appellant and Urging Reversal" are identified in *amici curiae*'s brief as: The Domestic Violence Legal Empowerment and Appeals Project, The National Association of Women Lawyers, The National Coalition